**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LARUE SCOTT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64624

**FILED**

SEP 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a petition of a writ of mandamus.[1] Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

In his petition filed on October 21, 2013, appellant challenged the district court's jurisdiction claiming that the statutes under which he was convicted were unconstitutional. Appellant's claim fell outside the scope of a petition for a writ of mandamus filed in the district court. *See* NRS 34.160; NRS 34.170. Therefore, without considering the merits of

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30864

any of the claims raised in the petition, we conclude that the district court did not err in denying the petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jessie Elizabeth Walsh, District Judge
Steven Larue Scott
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.